# United States Bankruptcy Court

### Northern District of Illinois, Eastern Division

IN RE:  Danielle N Banks ) Chapter 13
 ) Case No. 19 B 01297
 Debtor(s) ) Judge Deborah L. Thorne

## Notice of Motion

Danielle N Banks
5511 W Crystal
Apt. 1
Chicago, IL  60651

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On April 17, 2019 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, April 2, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 01/16/2019.

2. The debtor(s) have failed to provide an Affidavit of Compliance.

3. The debtor(s) have failed to address the proof of claim filed by the Internal Revenue Service regarding unfiled tax returns for tax year(s) 2016 2017 2018.

4. The debtor(s) have failed to propose a plan in good faith or to file a petition in good faith as required under §1325(a)(3) and (a)(7).

5. The debtor is not withholding any of her income to pay her taxes.

6. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE