## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|                                   |   |              |
|-----------------------------------|---|--------------|
| In Re:   **Danielle N. Banks**    | ) | **19 B 01297** |
|                                   | ) |              |
|                                   | ) | **Judge Deborah L. Thorne** |
| Debtor(s)                         | ) |              |

### *Order Modifying Plan*

IT IS HEREBY ORDERED:

The Debtor's Plan is amended to add the following language to Section 2.3:

> If the debtor owes additional taxes shown on her federal tax return for any year that this case is pending, then the debtor shall submit proof of payment of those taxes to the Chapter 13 Trustee on or before October 15 of the year the tax payment is due.

ENTERED:   **2 9 MAY 2019**

_____
**Judge Deborah L. Thorne**
US Bankruptcy Judge