UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-01297 |
| | ) | |
| DANIELLE N. BANKS, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge THORNE |

## NOTICE OF MOTION

TO: See attached list

    PLEASE TAKE NOTICE that on September 23, 2020, I will appear before the Honorable Judge Thorne, or any judge sitting in that judge's place, and present Debtor's Motion to Modify Plan, a copy of which is attached.

    This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

    If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                          Movant:  Danielle N. Banks
                                          By:  Michael R. Colter, II
                                          David M. Siegel & Assoc., LLC
                                          790 Chaddick Drive
                                          Wheeling, IL 60090
                                          (847) 520-8100
                                          mcolter@davidmsiegel.com

## CERTIFICATE OF SERVICE

    I, Michael R. Colter, II, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on September 2, 2020, before 5:30 p.m.

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: thocall@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*

Danielle N. Banks
159 N. Central Ave.
Unit #3N
Chicago, IL 60644

Wakefield & Associates
830 E. Platte Ave.,
Unit A PO Box 58
Fort Morgan, CO 80701

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Jefferson Capital Systems, LLC
PO Box 7999
Saint Cloud, MN 56302-9617

T-Mobile USA
c/o American InfoSource
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

City of Chicago Dept. of Finance
c/o Arnold Scott Harris, P.C.
111 W. Jackson, Suite 600
Chicago, IL 60604

Quest Holdings, LLC
c/o Nathanial Lawrence
2835 N. Sheffield, #232
Chicago, IL 60657

Commonwealth Edison Co.
Bankruptcy Department
1919 Swift Drive
Oak Brook, IL 60523

Capital One Auto Finance
4515 N. Santa Fe Avenue, Dept. APS
Oklahoma City, OK 73118

Navient Solutions, LLC. on behalf of
Educational Credit Management Corp.
PO BOX 16408
St. Paul, MN 55116-0478

CVI SGP-CO Acquisition Trust
PO Box 10587
Greenville, SC 29603-0587

Pendrick Capital Partners II, LLC
PO Box 141419
Irving, TX 75014-1419

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Peoples Gas
200 East Randolph St
Chicago, IL 60601

AT&T Corp.
Karen A Cavagnaro
One AT&T Way, Room 3A104
Bedminster, NJ 07921

Armor Systems Co
1700 Kiefer Drive
Zion, IL 60099

Varius Holdings, LLC
PO BOX 1931
Burlingame, CA 94011

Illinois Department of Revenue
Bankruptcy Section
PO Box 19035
Springfield, IL 62794-9035

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-01297 |
| | ) | |
| **DANIELLE N. BANKS,** | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge THORNE |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, **Danielle N. Banks**, by and through her attorney, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2) On August 19, 2020, Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 USC and Tom Vaughn was appointed Trustee in his case.

3) Debtor's Plan was confirmed on May 29, 2019. The confirmed plan requires monthly payments of $700.00, with general unsecured creditors receiving no less than 10% of their allowed claims.

4) Debtor became unemployed in March 2020 because of the COVID-19 pandemic.

5) Debtor now working again and can afford to make her plan payments going forward as reflected in the amended schedules I and J, but she cannot cure the default.

6) Debtor seeks to modify her plan under § 1329 and defer the current default that has accrued due to her unemployment.

7) Debtor seeks to modify her plan under § 1329 and increase her plan payment to $1,100.00 per month and increase the set payment to Capital One Auto Finance to $1,000.00 per month.

8) Debtor also seeks to modify her plan under The Coronavirus Aid, Relief, and Economic Security Act, which amended § 1329 and allows a Debtor to extend the plan beyond 60 months from filing.

9) Debtor seeks these modifications to her plan without the intent to commit fraud. Debtor seeks to continue with her plan and pay her creditors no less than 10% of their allowed claims.

WHEREFORE, the Debtor, **Danielle N. Banks**, prays that this Honorable Court enter an Order Modifying Debtor's Chapter 13 Plan and for other such relief as the Court deems fair and proper.

    Respectfully Submitted,

    /s/ Michael R. Colter, II
    Michael R. Colter, II, A.R.D.C. #6304675
    Attorney for the Debtor