Form G5 (20200113_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 19-01297
DANIELLE N. BANKS, )
) Chapter: 13
)
) Honorable Deborah L. Thorne
)
Debtor(s) )

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtor's Plan is modified under § 1329 by deferring the default to the end of the plan.

2) Debtor's Plan is modified under § 1329 by increasing her plan payment to $1,360.00 per month.

3) Debtor's Plan is modified under § 1329 by increasing the set payment to Capital One Auto Finance to $1,000.00 per month.

4) Debtor's Plan is modified to increase the plan base to $41,674.00.

Enter:

*Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: 11/3/2020

**Prepared by:**

Michael R. Colter, II
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
mcolter@davidmsiegel.com