# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | 19-01297 |
|---|---|---|
| | ) | |
| DANIELLE N. BANKS, | ) | Chapter 13 |
| | ) | |
| | ) | Judge THORNE |
| Debtor(s). | ) | |

## NOTICE OF MOTION

**The following parties have been served via electronic mail:**
US Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

**The following party(s) have been served via regular US mail:**
See attached service list.

PLEASE TAKE NOTICE that on September 15, 2021, at 1:30 pm, I will appear before the Honorable Judge Thorne, or any judge sitting in that judge's place, and present the Motion to Modify Plan to Keep Tax Refund, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID, there is no password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting code, there is no password.

**Meeting ID.** The meeting ID for this hearing is 160 9362 1728. There is no password. The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

## PROOF OF SERVICE

    The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on August 19, 2021, with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

                                    /s/Christine H. Clar
                                    Christine H. Clar, A.R.D.C. #6202332
                                    Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com

**The following party(s) have been served via regular US mail:**

Ms. Danielle Banks
159 N. Central Ave., Unit #3N
Chicago, IL 60644

Wakefield & Associates
830 E. Platte Ave., Unit A
P.O. Box 58
Fort Morgan, CO 80701

LVNV Funding
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

CEP America Illinois LLP
Wakefield & Associates
P.O. Box 50250
Knoxville, TN 37950-0250

Jefferson Capital Systems
P.O. Box 7999
St. Cloud, MN 56302-9617

T Mobile
American InfoSource
4515 N. Santa Fe Ave.
Oklahoma City, OK 73318

City of Chicago, Dept. of Finance
Arnold Scott Harris
111 W. Jackson, Ste. 600
Chicago, IL 60604

Quest Holding, LLC
c/o Nathaniel Lawrence
2835 N. Sheffield, #232
Chicago, IL 60657

Commonweath Edison
Bankruptcy Dept.
1919 Swift Drive
Oak Brook, IL 60523

Capital One Auto Finance
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

Navient Solutions
Educational Credit Management
P.O. Box 16408
St. Paul, MN 55116-0478

Pendrick Capital Partners II
P.O. Box 141419
Irving, TX 75014-1419

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Peoples Gas
200 E. Randolph St.
Chicago, IL 60601

AT&T Corp.
Karen Cavagnaro, Lead Paralegal
One AT&T Way, Rm 3A104
Bedminster, NJ 07921

Armor Systems
1700 Kiefer Dr.
Zion, IL 60099

Varius Holdings, LLC
P.O. Box 1931
Burlingame, CA 94011

Illinois Dept. of Revenue
Bankruptcy Section
P.O. Box 19035
Springfield, IL 62794-9035

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-01297 |
| | ) | |
| DANIELLE N. BANKS, | ) | Chapter 13 |
| | ) | |
| | ) | Judge THORNE |
| Debtor(s). | ) | |

### MOTION TO MODIFY PLAN TO KEEP TAX REFUND

NOW COMES, THE DEBTOR, DANIELLE N. BANKS, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, LLC, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On January 16, 2019, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on May 29, 2019. Marilyn O. Marshall was appointed Trustee in this case.

3) The Debtor's Modified Chapter 13 plan provides for payments of $1,360.00 monthly with payments to the General Unsecured Creditors of 10% of their allowed claims.

4) The Plan provides in Part 2.3, "That on or before April 20th of the year following the filing of the case and each year thereafter, the Debtor shall submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee. The debtor shall also tender the amount of each year's tax refund, received while the case is pending in excess of $1,200.00 to the Chapter 13 Trustee. The tax refunds shall be treated as additional payments into the plan, and must be submitted within 7 days of receipt of each of such refunds by the debtor."

5) The Debtor has received a tax refund for 2020 in the amount of $3,354.00. The tax return was sent to the trustee on August 12, 2021.

6) The Debtor became unemployed early this year, and was denied unemployment because someone else had used her identity, (See attached Exhibit A). She is still working on fixing this error.

7) The Debtor seeks to modify Part 2.3 of her confirmed plan to allow her to retain her 2020 tax refund because she has used it to pay her expenses since she became unemployed.

8) The Debtor seeks this modification of the plan in good faith and with no intent to defraud Creditors.

WHEREFORE, the DEBTOR, DANIELLE N. BANKS, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com

# EXHIBIT A

Illinois Department of Employment Security

P.O. Box 19509
Springfield, IL 62794
Phone: (800) 244-5631 · TTY: (800) 244-5631
Fax: (217) 557-4913
www.ides.illinois.gov



DANIELLE BANKS
5511 W CRYSTAL ST
CHICAGO, IL 60651-1252

12 / 11984

Date Mailed: 07/27/2021
Claimant ID: ███████

## Determination

*(Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con el Centro de Servicio al Reclamante al (800) 244-5631.)*

Based on all the determinations regarding your claim, you are not eligible for benefits until you meet the eligibility requirements.

Please read each determination carefully.

Issue 023 500B Identity - Identity
Deny Effective 06/20/2021 - 12/31/9999

The evidence shows that this claim was filed fraudulently. This determination is being sent to inform you that all benefits associated to this claim have been stopped. IF YOU ALREADY REPORTED THIS CLAIM AS FRAUDULENT, PLEASE DISREGARD ANY OTHER CORRESPONDENCE YOU MAY RECEIVE.

If you believe benefits were stopped in error, and you are able to prove your identity, please contact Benefit Payment Control at 1-800-814-0513.

**FOR INFORMATION REGARDING YOUR RIGHTS UNDER ILLINOIS' UNEMPLOYMENT INSURANCE ACT AND THE EXACT LANGUAGE OF THE ACT AND IDES RULES, PLEASE VISIT THE AGENCY'S WEBSITE AT www.ides.illinois.gov/UIRights.
FOR INFORMATION ON HOW TO OBTAIN FREE LEGAL SERVICES SEE IMPORTANT NOTICE BELOW.**

If you require further details concerning the information in this letter, please contact the Agency at the phone number listed above.

Please see appeal rights listed below and additional information regarding this determination.

023 500B Identity - Identity - 820 ILCS 405/500B and 56 Ill. Adm. Code 2865 provide that an unemployed individual shall be eligible to receive benefits with respect to any week only if the Director finds that he has made a claim for benefits with respect to such week in accordance with such regulations as the Director may prescribe including any form of positive identification.

If you disagree with this determination, you may complete and submit a request for reconsideration/appeal. A letter will suffice if you do not have an agency form. Your request must be filed with the Illinois Department of Employment Security within thirty (30) calendar days after the date this notice was mailed to you. If the last day for filing your request is a day that the Department is closed, the request may be filed on the next day the Department is open. Please file the request by mail or fax at the address or fax number listed above. Any request submitted by mail must bear a postmark date within the applicable time limit for filing. If additional information or assistance regarding the appeals process is needed, please contact the Agency at the phone number listed above.

If you file or have filed a request for reconsideration/appeal, continue to certify for benefits as long as you remain unemployed or until you are otherwise instructed, even though you will not receive benefits unless the appeal is decided in your favor.

Si no está de acuerdo con esta determinación, puede completar y presentar una solicitud de reconsideración / apelación. La apelación puede ser enviada por correo o fax a la Agencia, en la dirección o número de fax que aparece arriba. La apelación debe ser presentada dentro de los treinta (30) días a partir de la fecha de envío. Si la apelación se envía por correo, debe tener matasellos dentro de los treinta (30) días a partir de la fecha de envío. Si usted presenta una apelación, continuará certificando para beneficios

IO4I

2020-0285

**Illinois Department of Employment Security**
P.O. Box 19509
Springfield, IL 62794
Phone: (800) 244-5631 · TTY: (800) 244-5631
Fax (217) 557-4913
www.ides.illinois.gov

DANIELLE BANKS
5511 W CRYSTAL ST
CHICAGO, IL 60651-1252

I2 / 11983

Date Mailed: 07/27/2021
Claimant ID: [redacted]

## Notice of Overpayment and Recoupment Decision

(Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con el Centro de Servicio al Reclamante al (800) 244-5631.)

A determination has adjusted your benefit amount for weeks you have already been paid. The resulting overpayment is shown below. This overpayment will be recouped at 25% of your weekly benefit amount for the next 5 years until the balance is paid in full.

### Overpayment Detail

| Week Ending Date | Overpayment Cause | Overpayment Amount ($) |
|---|---|---|
| 06/26/2021 | Totally Ineligible | 497.00 |
| 07/03/2021 | Totally Ineligible | 497.00 |
| 07/10/2021 | Totally Ineligible | 497.00 |
| 07/17/2021 | Totally Ineligible | 497.00 |
| | **Total Benefits Overpaid ($)** | 1988.00 |

As a result of a recent determination you are not entitled to Federal Additional Compensation Supplement benefits (the additional $600 weekly payment). The resulting Federal Additional Compensation Supplement overpayment is shown below. For the next three years, 25% of your weekly benefit amount will be recouped from Federal Additional Compensation Supplement benefits and/or any other Federal program due to you until the balance is paid in full.

### Overpayment Detail

| Federal Additional Compensation Week Ending Date | Federal Additional Compensation Overpayment Cause | Federal Additional Compensation Overpayment Amount ($) |
|---|---|---|
| 06/26/2021 | FAC Ineligible | |
| 07/03/2021 | FAC Ineligible | |
| 07/10/2021 | FAC Ineligible | |
| 07/17/2021 | FAC Ineligible | |
| | **Total Federal Additional Compensation Benefits Overpaid ($)** | 1200.00 |

Reconsideration and Appeal Rights: If you disagree with this Notice of Overpayment and Recoupment Decision, you may file a request for reconsideration/appeal to the Referee. The request for reconsideration must be filed by mail or fax to the address or fax number listed above within thirty (30) days after the date this notice was given or mailed to you. Any request submitted by mail must bear a postmark date within the applicable time limit for filing. If the last day for filing your request is a day that the office is closed, the request may be filed on the next day the office is open. The request must be filed within the time limits stated. Benefits may not be withheld from you and applied to your indebtedness until after the time limit for appealing has expired or until the decision from an appeals Referee has been made affirming this determination. If you file an appeal or request for reconsideration, continue to certify for benefits as long as you are unemployed.

Waiver of Recoupment from Benefits: Recoupment from benefits payable to an individual for any week may be waived. The request for waiver must be in writing and submitted to IDES. To locate the office nearest you, visit our website www.ides.illinois.gov. The request for a waiver must identify the week the claimant has requested to be waived in addition to the recoupment decision, or attach a copy of the recoupment decision.